UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALI BECK, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CAMP PENDLETON & QUANTICO HOUSING, LLC, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 20-CV-579-LAB-WVG<br><br>**ORDER ON PLAINTIFFS' MOTION TO APPEAR TELEPHONICALLY AND CONVERTING EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCES TO VIDEO CONFERENCES AND ISSUING UPDATED PROCEDURES** |

On March 17, 2020, Chief Judge Larry Alan Burns issued CJO #18[1] in response to COVID-19. CJO #18, *inter alia*, suspended for thirty days the requirement under Civil Local Rule 16.1(a) that all ENEs be conducted in person. (CJO #18 ¶ 9.) On April 15, 2020, Judge Burns issued CJO #24,[2] which extends CJO #18 until May 16, 2020. On May 15, 2020 Judge Burns issued CJO #28, which, in relevant part, "extends the judicial

---

[1] CJO #18 is available on the Court's website at: https://www.casd.uscourts.gov/_assets/pdf/rules/Order%20of%20the%20Chief%20Judge%2018.pdf

[2] CJO #24 is available on the Court's website at: https://www.casd.uscourts.gov/_assets/pdf/rules/Order%20of%20the%20Chief%20Judge%2024.pdf

emergency for an additional period of 30 days and extends the Emergency Orders set forth in OCJ 18…"

On May 19, 2020, Plaintiffs filed a Motion to Appear Telephonically for purposes of the July 8, 2020 Early Neutral Evaluation Conference ("ENE") and Case Management Conference ("CMC") in this matter. (Doc. No. 24.) As an initial matter, the Motion does not set forth whether Plaintiffs have met and conferred with Defendants prior to the Motion's filing. Notwithstanding this deficiency and that Defendants have not yet exhausted their time to file an opposition or notice of non-opposition to the instant Motion, the Court hereby GRANTS IN PART and DENIES IN PART Plaintiffs' Motion. Insofar as it concerns Plaintiffs' request to suspend Local Rule 16.1 requiring personal appearances for the July 8, 2020 ENE and CMC, the Court GRANTS that request. Concurrently, the Court DENIES Plaintiffs' request for a telephonic ENE and CMC and instead CONVERTS the July 8, 2020 ENE and CMC to a video-conference via the Zoom online platform, as explained below. Thus, **IT IS HEREBY ORDERED:**

1. The Court will use its official Zoom video conferencing account to hold the ENE. **IF YOU ARE UNFAMILIAR WITH ZOOM:** Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app.[3] Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create an account, install Zoom and familiarize themselves with Zoom in advance of the ENE.[4] There is a cost-free option for creating a Zoom account.

2. Prior to the start of the ENE, the Court will e-mail each ENE participant an

---

[3] If possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance.

[4] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started

invitation to join a Zoom video conference.  Again, if possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance. Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation.  **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**.  Zoom may then prompt participants to enter the password included in the invitation. All participants will be placed in a waiting room until the ENE begins.

      3.      Each participant should plan to join the Zoom video conference **at least five minutes before** the start of the ENE to ensure that the ENE begins promptly at 2:00 p.m. **The Zoom e-mail invitation may indicate an earlier start time, but the ENE will begin at the Court-scheduled time.**

      4.      Zoom's functionalities will allow the Court to conduct the ENE as it ordinarily would conduct an in-person ENE.  That is, the Court will begin the ENE with all participants joined together in a main session.  After an initial discussion in the main session, the Court will divide participants into separate, confidential sessions, which Zoom calls Breakout Rooms.[5]  In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence.  Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

      5.      No later than **July 1, 2020**, counsel for each party shall send an e-mail to the Court at efile_Gallo@casd.uscourts.gov containing the following:

      a.      The **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

      b.      An **e-mail address for each participant** to receive the Zoom video

---

[5]    For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646

conference invitation; and

    c.    A **telephone number where each participant** may be reached so that if technical difficulties arise, the Court will be in a position to proceed telephonically instead of by video conference.  (If counsel prefers to have all participants of their party on a single conference call, counsel may provide a conference number and appropriate call-in information, including an access code, where all counsel and parties or party representatives for that side may be reached as an alternative to providing individual telephone numbers for each participant.)

6.    All participants shall display the same level of professionalism during the ENE and be prepared to devote their full attention to the ENE as if they were attending in person.  Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference.

7.    If the case does not settle during the ENE, the Court will hold the CMC immediately following the ENE with counsel only.

8.    All dates, deadlines, procedures, and requirements set forth in the Court's Order Setting ENE and CMC (ECF No. 21) remain in place, except as explicitly modified by this Order.

Dated:  May 20, 2020

_____
Hon. William V. Gallo
United States Magistrate Judge