UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALI BECK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CAMP PENDLETON & QUANTICO HOUSING, LLC, et al., <br><br> Defendants. | Case No.: 20-CV-579-LAB-WVG <br><br> **ORDER ON DEFENDANTS' MOTION TO SEAL CONFIDENTIAL BUSINESS DOCUMENTS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(1)** |

On July 23, 2020, Defendants filed a Motion to Dismiss. (Doc. No. 33.) In conjunction with their Motion to Dismiss, Defendants filed the instant Motion to File Documents under Seal. (Doc. No. 31.) Having reviewed and considered the basis of Defendants' Motion, the Court hereby GRANTS Defendants' Motion in its entirety. Defendants are directed to file their documents as referenced in their Motion under seal.

Dated: July 24, 2020

Hon. William V. Gallo
United States Magistrate Judge