UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON BECK, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CAMP PENDLETON AND QUANTICO HOUSING, LLC, et al.<br><br>Defendants. | Case No.:  20cv579-LAB (WVG)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br>**[Dkt. 72]** |

  Presently before the Court is a Petition for Minor's Compromise for Plaintiffs S.B. and J.B. ("Petition"), in which the parties seek approval of settlement terms for minor parties. (Dkt. 71). On November 14, 2022, Magistrate Judge William V. Gallo issued a Report and Recommendation ("R&R"), finding the settlement amounts as to the two minors to be fair and reasonable and recommending that the Petition be granted. (Dkt. 72). To date, neither party has objected to Judge Gallo's recommendation.

  A district court has jurisdiction to review a magistrate judge's report and recommendation on non-dispositive matters. Fed. R. Civ. P. 72(a). "The district judge in the case must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law." *Id*. "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations

made by the magistrate judge." 28 U.S.C. § 636(b)(1). The "statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original).

The Court has reviewed the R&R and **ADOPTS** it in full. (Dkt. 72). The Petition is **GRANTED** and the settlement agreement as to minor Plaintiffs is **APPROVED**. The parties shall have until **February 10, 2023**, to file final disposition papers with the Court.

**IT IS SO ORDERED**.

Dated: January 25, 2023

Honorable Larry Alan Burns
United States District Judge