UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON BECK, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CAMP PENDLETON AND QUANTICO HOUSING, LLC, et al.<br><br>Defendants. | Case No.: 20cv579-LAB (WVG)<br><br>**ORDER OF DISMISSAL** |

On February 27, 2023, Plaintiffs Jason Beck, Kali Beck, Hailey Beck, and minors S.B. and J.B., by and through their guardian ad litem, Rick Cunningham ("Plaintiffs"), and Defendants Camp Pendleton & Quantico Housing LLC and LPC Pendleton Quantico PM LP ("Defendants"), filed a Joint Motion and Request for Order of Dismissal with Prejudice of Plaintiffs' Complaint and Entire Action ("Joint Motion"). (Dkt. 75).

//
//
//
//
//

1

20cv579

1 | Under Rule 41 of the Federal Rules of Civil Procedure, an action may be dismissed voluntarily by filing a stipulation of dismissal signed by all parties who have appeared in the case. Fed. R. Civ. P. 41(a)(1)(A)(ii). For good cause shown, the parties' Joint Motion is **GRANTED**. This case is **DISMISSED WITH PREJUDICE** in its entirety. Each party shall bear its own expenses, costs, and attorneys' fees.

**IT IS SO ORDERED**.

Dated: March 1, 2023

*Larry A. Burns*

Honorable Larry Alan Burns
United States District Judge